LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*¹
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
¹ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

RECEIVED
JUL 11 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

July 11, 2008

Our Ref: 186-08/PJG

**VIA FACSIMILE – 212-805-7901** (1 pg.)

Honorable Harold Baer
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

        Re:   Bunge S.A. v. Diana Shipping and Trading et al.
              08 CV 3433 (HB)

Dear Judge Baer,

    We represent the Plaintiff Bunge in the captioned action and attended a friendly conference before Your Honor yesterday. Even though we touched upon the topic of a time frame for when we should report back to you with the status of this case, we forgot to remind Your Honor at the end of the conference to provide us with an Order regarding same. We would appreciate it if you would allow us a period of sixty days from today to provide you with a status report or hopefully with a Notice of Dismissal. We thank Your Honor for your attention to the foregoing. *September 11 for a report and reexamination is fine.*

SO ORDERED:

*/s/ Harold Baer*
Harold Baer, Jr., U.S.D.J.
Date: July 11, 2008

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

*/s/ Barbara G. Carnevale*
Barbara G. Carnevale

PLEASE NOTE: The information contained in this fax is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

NYDOCS1/308420.1